### IN the INTEREST OF: X. J–M. and T. J–A.; Plaintiffs,

### Juvenile Officer; Respondent,

### Missouri Children's Division, Respondent,

v.

### Royce A. Jackson and Timothy Arnold, Appellants.

### WD 79568

Missouri Court of Appeals, Western District.

ORDER FILED: March 21, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied April 27, 2017

Application for Transfer Denied June 27, 2017

Tracey Chappell, Kansas City, MO, Counsel for Appellants

Sophia Bond, Kansas City, MO, Counsel for Respondent, Juvenile Officer

Bryan Lloyd, Independence, MO, Counsel for Respondent, Dept. Social Service

Daryl Hylton, Jefferson City, MO, Co–Counsel for Respondent, Social Services

Donald Forrester, Jefferson City, MO, Counsel and Guardian Ad Litem for Plaintiffs

Adam Zaiger, Kansas City, MO, Co–Counsel and Guardian Ad Litem for Plaintiffs

Before Division Four: Mark D. Pfeiffer, Chief Judge Presiding, Thomas H. Newton, and Anthony Rex Gabbert, Judges

### ORDER

Per Curiam:

Ms. Royce A. Jackson and Mr. Timothy Arnold appeal a Jackson County family-court judgment finding that X. J–M. and T. J–A. were in need of care and committing them to Children's Division custody for appropriate placement with a goal of reunification following, among other matters, the adults' participation in provided therapeutic services. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).